# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR59 |
| | ) | |
| V. | ) | |
| | ) | |
| KEVIN STEWART, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    This morning a hearing was held regarding Defendant's Motion to Suppress (filing 25) and Defendant's Amended Motion to Suppress (filing 35). At the hearing, Defendant's counsel withdrew Defendant's Motion to Suppress (filing 25), and the Court then proceeded to hear only Defendant's Amended Motion (filing 35).

    Defendant's Amended Motion to Suppress involves events that occurred on two dates, specifically, January 2, 2012, and January 27, 2011. During the hearing, the government conceded that all evidence resulting from Defendant's January 27, 2011 contact with law enforcement should be suppressed. Subsequently, Defendant withdrew his Amended Motion to the extent it relates to the events occurring on January 2, 2012.

    Based on the concessions and statements made at the hearing,

    **IT IS ORDERED:**

    1.    Defendant's Motion to Suppress (filing 25) is deemed withdrawn.

    2.    Defendant's Amended Motion to Suppress (filing 35) is deemed withdrawn, insofar as it relates to the events occurring on January 2, 2012.

    3.    Defendant's Amended Motion to Suppress (filing 35) is granted, insofar as it relates to Defendant's January 27, 2011 contact with law enforcement.

**DATED March 19, 2013.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**

**OBJECTION TO ORDER**

A party may object to the magistrate judge's order by filing an "Statement of Objections to Magistrate Judge's Order" within 14 days after being served with the order. The objecting party must comply with all requirements of NECrimR 59.2.