IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )      8:12CR59
                               )
      v.                       )
                               )
KEVIN STEWART,                 )      ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's motion for detention hearing (Filing No. 48).  A hearing was held and arguments of counsel were heard.  The Court has reviewed the report of the pretrial services officer, which included defendant's prior criminal history, and has determined that no set of conditions for defendant's pretrial release would guarantee his appearance at future proceedings.  Accordingly,

IT IS ORDERED:

1) Defendant's motion for release pending trial is denied.

2) Trial of this matter is scheduled for:

**Tuesday, September 3, 2013, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.  The parties will have time to prepare for trial or pursue plea negotiations, and it will accommodate

the schedule of the Court.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between July 31, 2013, and September 3, 2013, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 1st day of August, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court